*John La Grange Jun.* v. *Myron Merrill et al.* J. A. Collier, for appellant; D. S. Dickinson, for respondents. Decree of the vice chancellor of the sixth circuit dismissing complainant's bill affirmed with costs.

*Daniel Scouten* v. *Jacob Bender et al.* M. T. Reynolds and W. J. Hough, for appellants; A. Taber, for respondents. Decided that where the complainant or appellant assigns his interest in subject matter of the suit, *pendente lite*, either absolutety or conditionally, and obtains a re-assignment thereof before any further proceedings are had in the cause, it is not necessary to bring the temporary assignee before the court by a bill in the nature of a bill of revivor. But the assignor in such a case, who has subscquently been restored to his former rights, may proceed in the same manner as if no such assignment had been made.

*Effect of an assignment of subject matter of suit, pendente lite.*

Motion to dismiss appeal denied with costs.

*In the matter of Stephen Wing et al, infants.* S. H. Johnson, sol. Order refering it back to master to inquire and report particularly whether Stephen Titus owned the three fourths of the sixty acres of land at the time of his disease; and if so, what interest the infants have in that part of the premises.